# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APOTEX, INC. and APOTEX CORP., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 12-196-SLR ) |
| SENJU PHARMACEUTICAL CO., LTD., KYORIN PHARMACEUTICAL CO., LTD. and ALLERGAN, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' JOINT MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants Senju Pharmaceutical Co., Ltd., Kyorin Pharmaceutical Co., Ltd. and Allergan, Inc. (together "Defendants") jointly submit this motion to dismiss plaintiffs Apotex, Inc. and Apotex Corp.'s amended complaint (D.I. 36) pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. The bases for this motion are fully set forth in Defendants' Opening Brief in Support of Their Joint Motion to Dismiss The Amended Complaint submitted herewith.

                                              Respectfully submitted,

| SEITZ ROSS ARONSTAM & MORITZ LLP | BAYARD, P.A. |
|---|---|
| /s/ Benjamin J. Schladweiler | /s/ Stephen B. Brauerman |
| David E. Ross (#5228) | Richard D. Kirk (#922) |
| Benjamin J. Schladweiler (#4601) | Stephen B. Brauerman (#4952) |
| 100 S. West Street, Suite 400 | 222 Delaware Avenue, Suite 900 |
| Wilmington, DE 19801 | P.O. Box 25130 |
| (302) 576-1600 | Wilmington, DE 19899 |
| dross@seitzross.com | (302) 655-5000 |
| bschladweiler@seitzross.com | rkirk@bayardlaw.com |
| | sbrauerman@bayardlaw.com |
| *Of Counsel*: | |
| | *Of Counsel:* |
| John M. Majoras | |
| Kevin. D. McDonald | William F. Sondericker |
| Rosanna K. McCalips | Keith D. Nowak |
| Sara R. Kusiak | Gerald W. Griffin |
| JONES DAY | CARTER, LEDYARD & MILBURN LLP |
| 51 Louisiana Avenue N.W. | 2 Wall Street |
| Washington, D.C. 20001 | New York, NY 10005 |
| (202) 879-3939 | (212) 732-3200 |
| jmmajoras@jonesday.com | sondericker@clm.com |
| kdmcdonald@jonesday.com | nowak@clm.com |
| rkmccalips@jonesday.com | griffin@clm.com |
| skusiak@jonesday.com | |
| | Derrick K. Takeuchi |
| *Counsel for Defendant Kyorin Pharmaceutical Co., Ltd.* | GREENBERG, WHITCOMBE & TAKEUCHI, LLP |
| | 2515 Hawthorne Boulevard, Suite 450 |
| | Torrance, CA 90503 |
| | (310) 540-2000 |
| | dtakeuchi@gwtllp.com |
| | |
| | *Counsel for Defendant Senju Pharmaceutical Co., Ltd.* |

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*/s/ Regina S.E. Murphy*
Jack B. Blumenfeld (#1014)
Regina S.E. Murphy (#5648)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rmurphy@mnat.com

*Of Counsel*:

M. Sean Royall
Ashley E. Johnson
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 100
Dallas, TX  75201-6912
(214) 698-3100
sroyall@gibsondunn.com
ajohnson@gibsondunn.com

Jeffrey T. Thomas
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
(949) 451-3800
jtthomas@gibsondunn.com

*Counsel for Defendant Allergan, Inc.*

 Dated:  September 18, 2014

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Schladweiler, hereby certify that on September 18, 2014, 2014, a true copy of the foregoing ***Defendants' Joint Motion to Dismiss the Amended Complaint*** was served via electronic mail upon the following counsel of record:

| | |
|---|---|
| Francis J. Murphy , Jr.<br>MURPHY, SPADARO & LANDON<br>1011 Centre Road, Suite 210<br>Wilmington, DE  19805<br>fmurphy@msllaw.com<br><br>*Counsel for Plaintiffs Apotex Inc. and Apotex Corp.* | Keith D. Parr<br>David B. Abramowitz<br>Michael J. Gaertner<br>Scott B. Feder<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL  60606<br>kparr@lockelord.com<br>dabramowitz@lockelord.com<br>mgaertner@lockelord.com<br>sfeder@lockelord.com<br><br>Alan B. Clement<br>LOCKE LORD LLP<br>Three World Financial Center<br>New York, NY  10281-2101<br>aclement@lockelord.com<br><br>Patrick C. Gallagher Ph.D.<br>DUANE MORRIS LLP<br>190 South LaSalle Street, Suite 3700<br>Chicago, IL  60603-3433<br>pcgallagher@duanemorris.com<br><br>*Counsel for Plaintiffs Apotex Inc. and Apotex Corp.* |

 */s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)