IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APOTEX, INC., and APOTEX CORP., )<br>)<br>    Plaintiffs, )<br>)<br>        v. )<br>)<br>SENJU PHARMACEUTICAL CO., LTD. )<br>KYORIN PHARMACEUTICAL CO., LTD. )<br>and ALLERGAN, INC., )<br>)<br>)<br>    Defendants. ) | C.A. No. 12-cv-0196 (SLR) |

## JOINT STIPULATION AND PROPOSED ORDER

Plaintiffs Apotex Inc. and Apotex Corp. (collectively "Apotex"), and Defendants Senju Pharmaceutical Co., Ltd., Kyorin Pharmaceutical Co. Ltd., and Allergan, Inc. (collectively "Defendants"), having met-and-conferred agree as follows:

1. Apotex's Answering Brief to Defendants' Motion to Dismiss, (D.I. 37), shall be filed on or before October 20, 2014;

2. Defendants' Reply Brief in Support of their Motion to Dismiss, (D.I. 37), shall be filed on or before November 13, 2014.

Respectfully submitted this 1st day of October 2014.

| | |
|---|---|
| /s/ Francis J. Murphy<br>Francis J. Murphy, DE I.D. No. 223<br>MURPHY & LANDON, P.A.<br>1011 Centre Road, Suite 210<br>Wilmington, Delaware 19805<br>(302) 472-8103<br>(302) 472-8135 (fax)<br>fmurphy@msllaw.com<br><br>*Of Counsel:*<br>Alan B. Clement | /s/ David E. Ross<br>David E. Ross (DE Bar #5228)<br>Benjamin J. Schladweiler (DE Bar #4601)<br>SEITZ ROSS ARONSTRAM &MORITZ LLP<br>100 South West Street, Suite 400<br>Wilmington, DE 19801<br><br><br><br>*Of Counsel:*<br>John M. Majoras |

LOCKE LORD LLP
Three World Financial Center
New York, NY  10281-2101
(212) 415-8600
(212) 303-2754 (fax)
aclement@lockelord.com

Keith D. Parr
Michael J. Gaertner
Scott B. Feder
David B. Abramowitz
Andy J. Miller
LOCKE LORD LLP
111 South Wacker Dr.
Chicago, Illinois  60606
312-443-0700
312-443-0336 (fax)
sfeder@lockelord.com
dabramowitz@lockelord.com
amiller@lockelord.com

*Attorneys for Plaintiffs*
*Apotex, Inc. and Apotex Corp.*

Kevin D. McDonald
Rosanna K. McCalips
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
*Counsel for Defendant Kyorin*
*Pharmaceutical Co., Ltd.*

/s/ Regina S.E. Murphy
MORRIS, NICHOLS, ARSHT &TUNNELL LLP
Jack B. Blumenfeld (#1014)
Regina S.E. Murphy (#5648)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rmurphy@mnat.com

M. Sean Royall
Ashley E. Johnson
GIBSON, DUNN &CRUTCHER
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201-6912
(214) 698-3100
Jeffrey T. Thomas
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412

/s/ Stephen B. Brauerman
Richard D. Kirk (DE Bar #0922)
Stephen B. Brauerman (DE Bar #4952)
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

*Of Counsel:*
William F. Sondericker
Keith D. Nowak
Gerald W. Griffin
CARTER, LEDYARD &MILBURN LLP
2 Wall Street
New York, NY 10005

Derrick K. Takeuchi
GREENBERG,WHITCOMBE & TAKEUCHI, LLP
2515 Hawthorne Blvd., Suite 450
Torrance, CA 90503
*Counsel for Defendant Senju*
*Pharmaceutical Co., Ltd.*

00205073

(949) 451-3800

*Attorneys for Defendant Allergan, Inc.*

SO ORDERED: _____
                         Hon. Sue L. Robinson, U.S.D.J.

00205073