**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| APOTEX, INC., and APOTEX CORP., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-cv-0196 SLR-MPT |
| | ) | |
| | ) | |
| KYORIN PHARMACEUTICAL CO., LTD. | ) | |
| and ALLERGAN, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I, Francis J. Murphy, hereby certify that on the 9th day of December, 2016, a copy of the **PLAINTIFFS APOTEX INC. AND APOTEX CORP.'S EXPERT REPORT OF DR. PAUL B. MYRDAL, EXPERT REPORT OF SCOTT E. KAMHOLZ, EXPERT REPORT OF ANDREW F. CALMAN, EXPERT REPORT OF AKHILESH NAGAICH, and EXPERT REPORT OF MOHAN RAO** were served via email upon the following:

| | |
|---|---|
| Jack B. Blumenfeld (#1014) | Jeffrey T. Thomas |
| Jeremy A. Tigan (#5239) | Matthew Parrott |
| Morris, Nichols, Arsht & Tunnell LLP | Anne Y. Brody |
| 1201 North Market Street | Gibson, Dunn & Crutcher LLP |
| P.O. Box 1347 | 3161 Michelson Drive |
| Wilmington, DE 19899 | Irvine, CA 92612-4412 |
| jblumenfeld@mnat.com | jtthomas@gibsondunn.com |
| jtigan@mnat.com | mparrott@gibsondunn.com |
| *Attorneys for Defendant Allergan, Inc.* | abrody@gibsondunn.com |
| | *Attorneys for Defendant Allergan, Inc.* |

00218633

M. Sean Royall
Ashley E. Johnson
Jason C. McKenney
Bennet Rawicki
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
sroyall@gibsondunn.com
ajohnson@gibsondunn.com
jmckenney@gibsondunn.com
brawicki@gibsondunn.com
*Attorneys for Defendant Allergan, Inc.*

Richard H. Cunningham
Gibson, Dunn & Crutcher LLP
1201 California Street, Suite 4200
Denver, CO 80202
rhcunningham@gibsondunn.com
*Attorney for Defendant Allergan, Inc.*

David E. Ross (#5228)
Benjamin J. Schladweiler (#4601)
Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
dross@ramllp.com
bschladweiler@ramllp.com
*Attorneys for Defendant Kyorin Pharmaceutical Co., Ltd.*

Eric P. Stephens
Jones Day
250 Vesey Street
New York, NY 10281
(212) 326-3916
epstephens@jonesday.com
*Attorney for Defendant Kyorin Pharmaceutical Co., Ltd.*

John M. Majoras
Kevin. D. McDonald
Rosanna K. McCalips
Kristen E. Bamberger
Kristen A. Lejnieks
Melissa Lim Patterson
Kelsey S. Bryan
Jones Day
51 Louisiana Avenue N.W.
Washington, D.C. 20001
(202) 879-3939
jmmajoras@jonesday.com
kdmcdonald@jonesday.com
rkmccalips@jonesday.com
kbamberger@jonesday.com
kalejnieks@jonesday.com
mlim@jonesday.com
kbryan@jonesday.com
*Attorneys for Defendant Kyorin Pharmaceutical Co., Ltd.*

Tiffany Lipscomb-Jackson
Jones Day
P.O. Box 165017
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43216-5017
(614) 469-3939
tdlipscombjackson@jonesday.com
*Attorney for Defendant Kyorin Pharmaceutical Co., Ltd.*

00218633

**MURPHY & LANDON**

*/s/ Francis J. Murphy*
Francis J. Murphy, DE I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
(302) 472-8103
(302) 472-8135 (fax)
fmurphy@msllaw.com

**Attorneys for Plaintiffs
Apotex, Inc. and Apotex Corp.**

00218633