IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APOTEX, INC. and APOTEX CORP., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-196 (SLR) |
| | ) | |
| ALLERGAN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION OF NICHOLAS GODICI**

PLEASE TAKE NOTICE that, in accordance with Federal Rule of Civil Procedure 26(b)(4)(A), Allergan, Inc., will take the deposition of Nicholas Godici. The deposition will begin at 9:00 a.m. ET on April 13, 2017, at the offices of Alston & Bird LLP, 1201 West Peachtree Street, Suite 4900, Atlanta, GA, or at such other time and place as may be mutually agreed upon by the parties. The deposition will be videotaped and stenographically recorded by a person authorized by law to administer oaths and will continue from day to day until completed.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Allergan, Inc.*

OF COUNSEL:

M. Sean Royall
Jason C. McKenney
Bennett Rawicki
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
(214) 698-3100

Jeffrey T. Thomas
Matthew C. Parrott
Anne Brody
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
(949) 451-3800

Richard H. Cunningham
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202
(303) 298-5700

March 10, 2017
10887159

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 10, 2017, upon the following in the manner indicated:

Francis J. Murphy, Esquire
MURPHY & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

Michael P. Kenny, Esq.
Teresa T. Bonder, Esq.
Matthew D. Kent, Esq.
Caitlin M. Shetter, Esquire
Andrew D. Hatchett, Esquire
Matthew D. Lawson, Esquire
ALSTON & BIRD LLP
One Atlantic Center, Suite 4900
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

*/s/ Jeremy A. Tigan*
Jeremy A. Tigan (#5239)